JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO DIAZ, ) | Case No. CV 08-954 MMM (JC) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| TOM FELKER, Warden, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 31, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE