<pre>
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   GERARDO DIAZ,                 )  Case No. CV 08-00954 MMM (JC)
                                   )
12                 Petitioner,     )  ORDER ACCEPTING FINDINGS,
                                   )  CONCLUSIONS, AND
13           v.                    )  RECOMMENDATIONS OF
                                   )  UNITED STATES MAGISTRATE
14   TOM FELKER, Warden,           )  JUDGE
                                   )
15                                 )
                                   )
16                 Respondent.     )
17   _____
</pre>

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), petitioner's Motion to Amend the Petition and Motions to Stay and the orders denying such motions, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the orders and the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and counsel
3 for respondent.
4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6       DATED: October 31, 2013

                         _/s/ Margaret M. Morrow_____
                         HONORABLE MARGARET M. MORROW
                         UNITED STATES DISTRICT JUDGE